# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EINAR BRADFORD RORVIK, JR.,     :
      *Plaintiff,*                  :
                             :
    v.                        :         CIVIL ACTION NO. 26-CV-1833
                             :
BUCKS COUNTY, PENNSYLVANIA,   :
*et al.,*                          :
      *Defendants.*            :

## ORDER

**AND NOW**, this 15th day of July 2026, upon consideration of Plaintiff Einar Bradford Rorvik, Jr.'s Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 4), *pro se* Amended Complaint (Dkt. No. 8), and Motion (Dkt. No. 7), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* (Dkt. No. 4) is **DENIED as moot** because Rorvik paid the filing fee in full (Dkt. No. 9).

2.      Rorvik's Amended Complaint (Dkt. No. 8) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

     a.   Any state law claims and all claims barred by the *Rooker-Feldman* doctrine are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

     b.   To the extent Rorvik intended to raise any malicious prosecution claims, any such claims are **DISMISSED WITHOUT PREJUDICE**. He may reassert those claims in a new lawsuit in the event the underlying criminal proceedings terminate in his favor.

     c.   All remaining claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(A).

3.  Because his Amended Complaint is dismissed, his Motion (Dkt. No. 7) is

**DENIED**.

4.  The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*

**Gerald J. Pappert, J.**